

**FILED**

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0568

**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0568

DUSTY WILLIAM LEETCH,

Petitioner,

v.

JESSE SLAUGHTER, Sheriff,
CASCADE COUNTY DETENTION CENTER,

Respondent.

OCT 15 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Dusty William Leetch seeks alternative placement in a retirement home or similar facility in his filed Petition for Writ of Habeas Corpus. He includes a copy of a July 18, 2024 Order setting a hearing on his motion to dismiss for August 8, 2024, in the Lewis and Clark County District Court.

Available electronic records indicate that Leetch was moved from the Lewis and Clark County Detention Center to the Cascade County Detention Center after he filed his writ with this Court. We amend the caption to include the name of the Cascade County Sheriff. Section 46-22-201(1)(c), MCA.

We secured copies of pertinent documents.[1] On September 10, 2024, the Lewis and Clark County District Court issued the Order dismissing the criminal charge against Leetch, stating that "the inability of the Montana State Hospital to comply with the commitment orders is at the root of the issues in this case." While the District Court dismissed Leetch's case in the Lewis and Clark County, Leetch has a pending revocation of sentence in the Cascade County District Court. On November 7, 2023, the State filed a Petition for Revocation of a Suspended Sentence based on an earlier report of violation.

---

[1] Earlier this year, this Court denied Leetch's writ for habeas corpus relief based on our conclusion that he was not entitled to his immediate release. *See Leetch v. Bragg*, No. OP 24-0055, Order (Mont. Feb., 27, 2024).

The arrest warrant was served upon Leetch on September 13, 2024, most likely in the Lewis and Clark County Detention Center. According to the register of actions, Leetch has counsel to represent him as of October 1, 2024, and the Cascade County District Court has recently set a hearing for bail modification.

This Court does not place offenders, such as Leetch. At this point, Leetch may make his requests known to his counsel. Habeas corpus affords applicants the opportunity to challenge the "cause of imprisonment or restraint and, if illegal, to be delivered from the imprisonment or restraint." Section 46-22-101(1), MCA. The cause of Leetch's restraint is due to his pending revocation of his 2023 sentence in the Cascade County District Court. His remedy is not with this Court. Leetch is not entitled to habeas corpus relief. Therefore,

IT IS ORDERED that Leetch's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Elizabeth A. Best, District Court Judge; Tina Henry, Clerk of District Court, under Cause No. BDC-22-691, Angela Payne, Cascade County Attorney's Office; Mark Frisbie, Defense Counsel; counsel of record, and Dusty William Leetch personally.

DATED this 15th day of October, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2